Case 4:18-cv-00132-ACA   Document 31   Filed 11/30/20   Page 1 of 2
USCA11 Case: 18-14144   Date Filed: 11/27/2020   Page: 1 of 1

FILED
2020 Nov-30  AM 11:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 27, 2020

Clerk - Northern District of Alabama
U.S. District Court
Hugo L. Black United States Courthouse
1729 5TH AVE N
BIRMINGHAM, AL 35203

Appeal Number: 18-14144-GG
Case Style: John Trichell v. Midland Credit Management, Inc, et al
District Court Docket No: 4:18-cv-00132-ACA

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Jenifer L. Tubbs
Phone #: 404-335-6166

Enclosure(s)

MDT-1 Letter Issuing Mandate

# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

No. 18-14144

_____

District Court Docket No.
4:18-cv-00132-ACA

JOHN TRICHELL,
Individually and on behalf of all others similarly situated,

                              Plaintiff - Appellant,

versus

MIDLAND CREDIT MANAGEMENT, INC.,
A Kansas Corporation,
MIDLAND FUNDING, LLC,
A Delaware Limited Company,

                              Defendants - Appellees.

_____

Appeal from the United States District Court for the
Northern District of Alabama

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 06, 2020
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch

ISSUED AS MANDATE:  November 27, 2020